UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JASON COOKSEY AND HEIDI COOKSEY AND
SARAH COOKSEY, SYDNEY COOKSEY AND
SADIE COOKSEY, MINORS, BY AND THROUGH
THEIR NATURAL GUARDIANS JASON AND
HEIDI COOKSEY                                                                                     PLAINTIFFS

V.                                                              CIVIL ACTION NO. 1:18cv49-LG-RHW

HUNT SOUTHERN GROUP, LLC FKA
FOREST CITY SOUTHERN GROUP, LLC,
FOREST CITY RESIDENTIAL MANAGEMENT, LLC,
HUNT MH PROPERTY MANAGEMENT LLC,
UNKNOWN JOHN AND JANE DOES A THROUGH M, AND
OTHER UNKNOWN CORPORATE ENTITIES N THROUGH Z            DEFENDANTS

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT – IMPLIED WARRANTY OF HABITABILITY EXISTS AS A MATTER OF LAW**

COME NOW Plaintiffs, by and through their counsel of record, Rushing & Guice, P.L.L.C., and file this Motion for Partial Summary Judgment – Implied Warranty of Habitability Exists as A Matter of Law, and would show this honorable Court as follows:

1. Plaintiffs allege in their Complaint/Amended Complaint (Document 306) that Defendants violated the Implied Warranty of Habitability.

2. The implied warranty of habitability is implied in all residential leases.

3. Implied warranties are those promises not explicitly made by contract, but are nonetheless enforced by courts. Black's Law Dictionary (10th ed. 2014). Implied warranties arise by operation of law because of the circumstances of the lease rather than by the lessor's express promise.

1

W:\!MOLD-MM ONLY\Dispositive Motions\Habitability\P\Individual Pleadings\Motion Implied Warranty of Habitability - Cooksey.docx

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request this Court grant Plaintiffs' Motion for Partial Summary Judgment and find that the implied warranty of habitability exists as a matter of law.

Respectfully submitted this the 10th day of May, 2019.

                                    RUSHING & GUICE, P.L.L.C.
                                    Attorneys for Plaintiffs

BY:   /s/ *Maria Martinez*
        MARIA MARTINEZ MSBN 9951
        WILLIAM LEE GUICE III MSBN 5059
        R. SCOTT WELLS MSBN 9456
        P.O. BOX 1925
        BILOXI MS  39533-1925
        Voice: 228-374-2313   Fax: 228-875-5987
        mmartinez@rushingguice.com
        bguice@rushingguice.com
        swells@rushingguice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which sent notification of such filing to all counsel of record.

SO CERTIFIED this the 10th day of May, 2019.

                                    /s/ *Maria Martinez*
                                    MARIA MARTINEZ