# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

JASON COOKSEY, HEIDI COOKSEY AND
SARAH COOKSEY, SYDNEY COOKSEY AND
SADIE COOKSEY, MINORS, BY AND
THROUGH THEIR NATURAL GUARDIANS,
JASON AND HEIDI COOKSEY                                                        PLAINTIFFS

V.                                                       CAUSE NO. 1:18-cv49-LG-RHW

HUNT SOUTHERN GROUP, LLC FKA
FOREST CITY SOUTHERN GROUP, LLC,
FOREST CITY RESIDENTIAL MANAGEMENT, LLC,
HUNT MH PROPERTY MANAGEMENT LLC,
UNKNOWN JOHN AND JANE DOES A THROUGH M, AND
OTHER UNKNOWN CORPORATE ENTITIES N THROUGH Z      DEFENDANTS

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT – FEDERAL PUNITIVE DAMAGES CLAIMS NOT SUBJECT TO STATE LAW CAP

COME NOW Plaintiffs, by and through their counsel of record, Rushing & Guice, P.L.L.C., and file this Motion for Partial Summary Judgment – Federal Punitive Damages Claims Not Subject to State Law Cap, and would show this honorable Court as follows.

1. Punitive damages are recoverable under a federal action for violation of the SCRA.

2. Mississippi state law imposes a cap on state law punitive damage awards.

3. The Mississippi state law cap on punitive damages does not apply to federal punitive damage awards. *Williams v. Riley* (5th Cir., 2013).

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request this Court grant

W:\!MOLD-MM ONLY\Dispositive Motions\Punitive Damages Cap\P\Individual Pleadings\Motion Puntive Damages Cap - Cooksey.docx

1

Plaintiffs' Motion for Partial Summary Judgment and find that the Mississippi state punitive damages statute does not apply to a punitive damages award under the SCRA.

Respectfully submitted this the 10th day of May, 2019.

RUSHING & GUICE, P.L.L.C.<br>
Attorneys for Plaintiffs

BY:   /s/ *Maria Martinez*
       MARIA MARTINEZ MSBN 9951
       WILLIAM LEE GUICE III MSBN 5059
       R. SCOTT WELLS MSBN 9456
       P.O. BOX 1925
       BILOXI MS 39533-1925
       Voice: 228-374-2313   Fax: 228-875-5987
       mmartinez@rushingguice.com
       bguice@rushingguice.com
       swells@rushingguice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which sent notification of such filing to all counsel of record.

SO CERTIFIED this the 10th day of May, 2019.

       /s/ *Maria Martinez*
       MARIA MARTINEZ

W:\!MOLD-MM ONLY\Dispositive Motions\Punitive Damages Cap\P\Individual Pleadings\Motion Puntive Damages Cap - Cooksey.docx

2